UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

T-MOBILE CENTRAL LLC,
a Wholly Owned Subsidiary of
T-Mobile USA, Inc.

        Plaintiff,

                                             CASE NO. 09-13496
v.                                     HONORABLE DENISE PAGE HOOD

THE CHARTER TOWNSHIP
OF WEST BLOOMFIELD, a
Michigan municipal corporation,

        Defendant.
_____/

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Opinion and Order dated March 31, 2011, this cause of action is **DISMISSED**.

Dated at Detroit, Michigan this 31st day of March, 2011.

                                                       DAVID J. WEAVER
                                                       CLERK OF THE COURT

                                                       BY: s/LaShawn R. Saulsberry
  APPROVED:                                               Deputy Clerk

 s/Denise Page Hood
 DENISE PAGE HOOD
 UNITED STATES DISTRICT JUDGE